IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCIE J. GOLON,                    )
                                   )
                    Plaintiff,     )
                                   )        Civil No. 05-1933-HU
          v.                       )
                                   )        O R D E R
JO ANNE B. BARNHART,               )
Commissioner of Social Security,   )
                                   )
                    Defendant.     )
_____    )

     Richard A. Sly
     1001 S.W. 5th Avenue, Suite 310
     Portland, Oregon  97204

     Linda Ziskin
     3 Monroe Parkway, Suite P, PMB #323
     Lake Oswego, Oregon  97035

       Attorneys for Plaintiff

     Karin J. Immergut
     United States Attorney
     District of Oregon

Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Stephanie R. Martz
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

        Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and

Recommendation on January 25, 2007.  Plaintiff  filed timely objections to the Findings and

Recommendation.  When either party objects to any portion of a magistrate's Findings and

Recommendation, the district court must make a de novo determination of that portion of the

magistrate's report.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business

Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  The

matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given de novo review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated

January 25, 2007 in its entirety.

IT IS HEREBY ORDERED that the court affirms the decision of the Commissioner.

DATED this    26th    day of February, 2007.


                   _/s/ Garr M. King_____
                       GARR M. KING
                  United States District Judge